# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VINCENT COVIELLO,**

**Plaintiff,**

-vs-                                                    **Case No.  6:06-cv-636-Orl-19DAB**

**TRAVEL EXPRESS INVESTMENT, INC.,**

**Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration at hearing with respect to the matters in the parties' responses to the Court's Order to Show Cause (Doc. Nos. 13, 14 and 15).  Despite Notice and direction to appear at hearing, Plaintiff was not in attendance.  At hearing, Plaintiff's counsel noted that his client had been non-responsive and conceded that he could not proceed with the claim in Plaintiff's absence.  In view of the failure of Plaintiff to participate in the prosecution of his claim, and as Plaintiff has apparently  renounced and abandoned his claim, as evidenced in the papers of record (Doc. No. 14), it is **respectfully recommended** that the Complaint be dismissed, without prejudice.    Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 23, 2006.

_____
*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy