# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

VINCENT COVIELLO,

      Plaintiff,

vs.                                                      CASE NO. 6:06-CV-636-ORL-19DAB

TRAVEL EXPRESS INVESTMENT, INC.,

      Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 19, filed October 23, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 19) is **ADOPTED and AFFIRMED.** The Complaint (Doc. No. 1, filed May 11, 2006) is hereby **DISMISSED** without prejudice.

**DONE AND ORDERED** at Orlando, Florida, this ___7th___ day of November, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record